**Order entered October 20, 2015**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-15-01235-CV

### IN THE INTEREST OF A.N., A CHILD

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-30144-2014**

## ORDER

Pursuant to Texas Rule of Appellate Procedure 34.5(c), we **ORDER** Collin County District Clerk Andrea Stroh Thompson to file, no later than October 30, 2015, either (1) a supplemental clerk's record containing the September 24, 2015 order or judgment terminating Father's parental rights or (2) written verification that no judgment or order terminating Father's parental rights has been signed. *See* TEX. R. APP. P. 34.5(c).

/s/    CRAIG STODDART
        JUSTICE